IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LUIS HERNANDEZ                  :        Case No. 3:12-CV-0062
                                :
          Petitioner            :        (Judge Brann)
                                :
     v.                         :
                                :
SUPT. SAUERS, THE DISTRICT      :
ATTORNEY OF YORK, PA, and       :        (Magistrate Judge Blewitt)
THE ATTORNEY GENERAL OF         :
THE STATE OF PENNSYLVANIA, :
                                :
          Respondents.          :

**ORDER**

March 15, 2013

In conformity with the Memorandum issued on today's date,

**IT IS HEREBY ORDERED THAT:**

1.   United States Magistrate Judge Blewitt's Report and
     Recommendation is adopted in full.  (Doc. No. 17).

2.   Petitioner's Motion to Amend/Correct the Petition for Writ of Habeas
     Corpus is DENIED. (Doc. No. 20).

3.   The Petition for Writ of Habeas Corpus is DISMISSED. (Doc. No. 1).

4.   The clerk is directed to close the case file.

                              /s Matthew W. Brann
                              Matthew W. Brann
                              United States District Judge